NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JOHN D. ELLIS (Cal. Bar No. 322922)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2740
    Facsimile: (213) 894-0115
    E-mail: john.ellis3@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GILBERTO CORNEJO GONZALEZ,<br><br>    Defendant. | No. 8:19-cv-00558-JVS (ADSx)<br><br>Order of Permanent Injunction |

Plaintiff United States of America (United States) filed a complaint for permanent injunction and other relief (complaint) under 26 U.S.C. § 7402, 7407, and 7408 against defendant Gilberto Cornejo Gonzalez (Gonzalez), individually and doing business as Gil Income Tax. Gonzalez consents to the entry, without further notice, of this permanent injunction.

It is accordingly **ORDERED AND DECREED** that:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. §§ 7402(a), 7407, and 7408(a).

2. Pursuant to 26 U.S.C. §§ 7402, 7407, and 7408, Gonzalez, either individually or through Gil Income Tax, and anyone in active concert or participation

with him, are **PERMANENTLY ENJOINED**, directly or indirectly, or by use of any means or instrumentality, from:

  A. acting as a federal tax return preparer or requesting, assisting in, or directing the preparation or filing of a federal tax return for any person or entity other than Gonzalez or his legal spouse;

  B. representing in any capacity any person or organization whose tax liabilities are under Internal Revenue Service (IRS) examination or investigation;

  C. owning, managing, controlling, working for, profiting from, or volunteering for any business, entity, or organization engaged in tax return preparation or filing;

  D. using, maintaining, renewing, obtaining, transferring, selling, or assigning any preparer tax identification number (PTIN) or electronic filing identification number (EFIN);

  E. engaging in any activity subject to penalty under 26 U.S.C. §§ 6694, 6695, 6700, or 6701, including preparing or assisting in the preparation of a document relating to a matter material to the internal revenue laws that includes a position they know or should know would result in the understatement of another person's tax liability;

  F. engaging in any other conduct that is subject to penalty under the Internal Revenue Code (Title 26, U.S.C.) or which interferes with the proper administration and enforcement of the internal revenue laws; and

  G. obtaining, using, or retaining any other person's social security number (SSN), individual taxpayer identification number (ITIN), or any other federal tax identification number or federal tax return information in any way for any purpose without that person's express written consent.

  **IT IS FURTHER ORDERED** that Gonzalez will, within 30 days of this order:

  A. Surrender, pursuant to 26 U.S.C. § 7402, all existing PTINs or EFINs registered in his or Gil Income Tax's name or in any name used for any purpose by Gonzalez; and

B.  Surrender his certifying acceptance agent (CAA) registration pursuant to 26 U.S.C. § 7402.

**IT IS FURTHER ORDERED** that the United States will be allowed full post-judgment discovery to monitor compliance with this injunction.

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction over this action for purposes of implementing and enforcing the final judgment and any additional orders necessary and appropriate to the public interest.

**IT IS SO ORDERED.**

Dated: May 09, 2019

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

/s/ John D. Ellis
JOHN D. ELLIS
Assistant United States Attorney